JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:21-cv-04662-JLS-SHK | Date: December 29, 2021 |
| Title: Stanley Odom v. Nnamdi Henry Ukah | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

On December 8, 2021, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute.  Plaintiff failed to respond to the Court's Order.

Accordingly, the Court DISMISSES this action for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Initials of Deputy Clerk: mku